UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-08518-SVW-AFM | Date | March 10, 2016 |
|---|---|---|---|
| Title | The Lincoln National Life Insurance Company v. Cheryl Doyel et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:** IN CHAMBERS ORDER MOVING CASE TO INACTIVE CALENDAR PENDING SETTLEMENT

    The Court, having received Plaintiff The Lincoln National Life Insurance Company's Response to Order to Show Cause, filed March 9, 2016, DISCHARGES the OSC.  In the response, the Court is advised that a settlement has been reached.

    The Court moves the matter to the inactive calendar pending finalization of settlement.  The parties shall proceed with the settlement as outlined in plaintiff's response.  Should the settlement not be finalized within the designated time, the parties shall notify the Court, in writing, and request that the matter be restored to the active calendar.

    :    

Initials of Preparer    PMC